**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01510-AP

JEANETTE A. WICKS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| JEANETTE A. WICKS<br>2411 Grand Ave., Apt. C<br>Grand Junction, CO 81501<br>970-234-0284<br>cactusvalleyllc@yahoo.com | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>J.B.Garcia@usdoj.gov<br><br>SANDRA T. KRIDER<br>Special Assistant United States Attorney<br>Supervisory Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1001 17th Street, 6th Floor<br>Denver, Colorado 80202<br>(303) 844-0015<br>(303) 844-0770 (facsimile)<br>sandra.krider@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

       The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

       A. Date Complaint Was Filed: 6/12/12
       B. Date Complaint Was Served on U.S. Attorney's Office: 6/21/12
       C. Date Answer and Administrative Record Were Filed: 8/20/12

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

       Plaintiff states the record is incomplete and inaccurate.
       To the best of his knowledge, Defendant states the record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

       Plaintiff anticipates submitting additional evidence.
       Defendant does not anticipate submitting additional evidence but reserves the right to object to additional evidence Plaintiff submits.

6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

       This case may raise unusual claims or defenses in that it is not a Social Security disability case. Nonetheless, this is an appeal under section 205(g) of the Social Security Act, and the standard of review is the same as a Social Security disability case.

7.     OTHER MATTERS

       The parties state there are no other matters.

8.     BRIEFING SCHEDULE

       The parties agreed to the following schedule:

       A. Plaintiffs Opening Brief Due:    10/22/12
       B. Defendant's Response Brief Due:    11/21/12
       C. Plaintiffs Reply Brief (If Any) Due:    12/06/12

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff's Statement: Plaintiff requests oral argument.
    B. Defendant's Statement: Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    The parties do not consent to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of September 2012.

                                          BY THE COURT:


                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| JEANETTE A. WICKS<br>2411 Grand Ave., Apt. C<br>Grand Junction, CO 81501<br>970-234-0284<br>cactusvalleyllc@yahoo.com<br><br>s/ Jeanette A. Wicks<br>Jeanette A. Wicks | JOHN F. WALSH<br>United States Attorney<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>J.B.Garcia@usdoj.gov<br><br>s/ Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant U.S. Attorney<br>1001 17th Street, 6th Floor<br>Denver, Colorado 80202<br>(303) 844-0015<br>sandra.krider@ssa.gov |