**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01510-RBJ

JEANETTE A. WICKS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

ORDERED that, this action was decided by Judge R. Brooke Jackson on Plaintiff's JEANETTE A. WICKS, Social Security Appeal. The Court has ordered that the decision of the administrative Law Judge is affirmed, and accordingly, final judgment is entered in favor of Defendant Commissioner of Social Security, and against Plaintiff Wicks.

    Dated at Denver, Colorado this 12th day of November, 2013.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Edward Butler

                                        Edward Butler
                                        Deputy Clerk